# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATALINA STRUCTURED FUNDING, INC.**, | ) |
| Petitioner, | ) |
| v. | ) 2:14cv1567 |
| | ) **Electronic Filing** |
| **JOSHUA SNAIR,** | ) |
| Joint Petitioner, | ) |

## ORDER OF COURT

AND NOW, this 19th day of November, 2014, upon consideration of the Petition for Approval of Structured Settlement Transfer, and pursuant to 40 P. S. 4003(a)(5)(i)(B),

IT IS HEREBY ORDERED that the Court approves the proposed transfer of structured settlement payment rights by Payee, Joshua Snair, as requested in the Petition for Court Approval. The Clerk shall mark this case closed.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc:   Ronald E. Reitz, Esquire

(*Via CM/ECF Electronic Mail*)